IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TROY BELL, Reg. No. 96413-020, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:18-CV-283-WKW ) [WO] |
| WARDEN WALTER WOODS, | ) ) |
| Defendant. | ) |

## **ORDER**

On May 16, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 8.) Upon an independent review of the record and in light of Plaintiff's failure to comply with the court's March 27, 2018 Order (Doc. # 7), it is ORDERED that the Recommendation is ADOPTED. Accordingly, this action is DISMISSED without prejudice for Plaintiff's failures to prosecute and comply with the order of the court.

Final judgment will be entered separately.

DONE this 7th day of June, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE